IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN EZRA TATUM,

    Plaintiff,

vs.                                      CASE NO. 5:08cv127/RS-MD

DAVID EVANS; GERALD F. MURRY;
and J. MICHAELSON,

    Defendants.
_____/

## ORDER

Before the court is the Magistrate Judge's Order and Report and Recommendation (Doc. 4). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Order and Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's claims against Defendants Evans, Murry, and Michaelson pursuant to §1983 or §1331 are dismissed.

3. The clerk is directed to issue the marshal's forms for service.

4. This case shall be reclassified and treated henceforth as the appeal of an adverse determination in a social security action.

5. Michael J. Astrue, Commissioner of Social Security, is substituted as the Defendant in this case.

**ORDERED** on June 3, 2008.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**