IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN TATUM,

      Plaintiff,

vs.                                         CASE NO. 5:08cv127/RS-MD

MICHAEL J. ASTRUE, Commissioner
of Social Security,

      Defendant.
_____/

**ORDER**

Before me are Plaintiff's Motion To Dismiss Complaint (Doc. 18) and the Magistrate Judge's Report and Recommendation (Doc. 19). Objections have been filed and Plaintiff represents that Defendant does not object to his Motion To Dismiss.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed without prejudice.

3. The clerk is directed to close the file.

**ORDERED** on December 12, 2008.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**